IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HITACHI DATA SYSTEMS CORP.,<br><br>　　　　　Defendant. | Civil Action File No.<br><br>1:12-CV-02996-TCB |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR DEFENDANT HITACHI DATA SYSTEMS CORPORATION TO RESPOND TO <u>ACCELERON, LLC'S COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff Acceleron, LLC ("Acceleron"), at the request of Defendant Hitachi Data Systems Corporation ("HDS"), respectfully moves the Court for an Order Extending the time within which HDS may answer, move, or otherwise respond to the Complaint in this action filed on August 28, 2012 and served on HDS on September 4, 2012, for a period of thirty (30) days, up to an including October 25, 2012.

The grounds for this motion are as follows:

1

1.	The time to file timely answers, defenses, counterclaims, motions, or other responsive pleadings has not yet expired. HDS was served on September 4, 2012, and its response is currently due on September 25, 2012.

2.	HDS requested the extension from Acceleron, and Acceleron agreed. Thus, all parties in this action consent to the extension of time sought in connection with this Motion.

WHEREFORE, Acceleron requests that the present motion be granted, and that the attached [Proposed] Order be entered by the Court.

Respectfully submitted this 18th day of September, 2012.

> THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.
>
> /s/ N. Andrew Crain
> Dan R. Gresham (dan.gresham@tkhr.com)
> Georgia Bar No. 310280
> N. Andrew Crain  (andrew.crain@tkhr.com)
> Georgia Bar No. 193081
> Eric G. Maurer (eric.maurer@tkhr.com)
> Georgia Bar No. 478199
> 400 Interstate North Parkway, Ste. 1500
> Atlanta, GA 30339
> Telephone: (770) 933-9500
> Facsimile: (770) 951-0933
>
> Attorneys for Plaintiff
> ACCELERON, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>           Plaintiff,<br>     v.<br><br>HITACHI DATA SYSTEMS CORP.,<br><br>           Defendant. | Civil Action File No.<br><br>1:12-CV-02996-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2012 the foregoing PLAINTIFF'S MOTION TO EXTEND TIME FOR DEFENDANT HITACHI DATA SYSTEMS CORPORATION TO RESPOND TO ACCELERON, LLC'S COMPLAINT was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record and will likewise be available electronically to any attorneys of record who subsequently appear in this matter. I also certify that an electronic copy of the filing was communicated to the following counsel for Defendant:

Will Mosley, Esq.
wmosley@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton, LLP**
1080 Marsh Road
Menlo Park, CA 94025

/s/ N. Andrew Crain
Attorney for Plaintiff Acceleron, LLC